## UNITED STATES *versus* JAMES BYRNE

JOURNAL ENTRIES (1824–25): *Journal 3:* (1) Recognizance *p. 476; (2) rule to perfect bail, or procedendo *p. 484; (3) recognizance *p. 507. *Journal 4:* (4) Motion for judgment MS p. 2; (5) judgment MS p. 44.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) recognizance; (4) notice of exception to bail; (5) recognizance; (6) declaration; (7) taxed bill of costs.

*1824–36 Calendar,* MS p. 38. Recorded in *Book B,* MS pp. 544–46.

## JAMES BOYD, JR. *versus* GABRIEL GODFROY, JR.

JOURNAL ENTRIES (1824–25): *Journal 3:* (1) Recognizance *p. 476. *Journal 4:* (2) Motion for default judgment MS p. 2; (3) judgment MS p. 14.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) recognizance; (4) declaration.

*1824–36 Calendar,* MS p. 32. Recorded in *Book B,* MS pp. 484–87.

## HENRY C. BOSLER AND ANTHONY BEELIN, MERCHANTS TRADING UNDER THE FIRM OF BOSLER & CO., *versus* ABRAHAM EDWARDS

JOURNAL ENTRIES (1824–25): *Journal 3:* (1) Recognizance *p. 476. *Journal 4:* (2) Motion for default judgment MS p. 2; (3) judgment MS p. 43.

PAPERS IN FILE: (1) Precipe for capias; (2) capias and return; (3) recognizance; (4) declaration.

*1824–36 Calendar,* MS p. 50. Recorded in *Book B,* MS pp. 537–40.